UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20812-CIV-WILLIAMS

TERRA'S GARDEN, LLC,
a Florida Limited Liability Company,

        Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
a foreign corporation,

        Defendant.
_____

## DECLARATION OF CHRISTOPHER WIESEL

Pursuant to 28. U.S.C. § 1746, I hereby declare as follows:

1. My name is Christopher Wiesel and I am over eighteen (18) years of age.

2. I am employed with Continental Casualty Company ("Continental") as a National General Adjuster/Litigation Consultant for Property and Marine Claims.

3. I have authority to make this Declaration on behalf of myself and Continental.

4. I have personal knowledge of Continental's regular business practices and the documents maintained in the ordinary course of its business of investigating property and marine insurance claims.

5. I have personal knowledge of the documents that Continental maintained in connection with its investigation of the claim that Terra's Garden, LLC, submitted in connection with loss or damage allegedly sustained on or about September 10, 2017, which was assigned Claim No. 2RJ00239 and which is the subject of this lawsuit.

6. Continental issued an Equipment Breakdown insurance policy to Terra's Garden, LLC, Policy No. R 5099700076, that was in effect between June 16, 2017 and June 16, 2018. A

true and correct certified copy of the Policy was attached as Exhibit 1 to Continental's Answer with Affirmative and Other Defenses. D.E. 4-1.

7. Continental assigned Claim No. 2RJ00239 to Plaintiff's claim and undertook an investigation of that claim.

8. Continental maintains documents related to its claim investigations in the ordinary course of its business.

9. Continental creates these claim files contemporaneously with its claim investigations.

10. On September 21, 2017, Plaintiff submitted a claim to Continental for wind damage allegedly sustained as a result of Hurricane Irma. A true and correct copy of the September 21, 2017 Notice of Loss is attached hereto as Exhibit A.

11. Continental maintained a copy of the September 21, 2017 Notice of Loss as part of its claim file for Claim No. 2RJ00239 contemporaneously with its receipt.

12. I declare under penalty of perjury, that the foregoing is true and correct. Executed on this 16th day of October 2020.

*Christopher Weisel*
National General Adjuster
Continental Casualty Company

| | | |
|---|---|---|
| Policy #: R509970076 | **CNA COMMERCIAL** | Page 1 / 1 |
| Loss Date: 9/10/2017   Time: | Property Loss Notice | Rollover: 9/21/2017 |
| Name: INSURANCE LITIGATION GROUP | *HURRICANE* | Ref#: 18732012 |
| Branch: | | |

### Caller Information
First: TEDEL    Last: CHINYOU    Phone: (786) 529-0090 Ext:    Role: ATTORNEY

### Insured Information
Bus Name: INSURANCE LITIGATION GROUP

Address: 1665 NW 102 AVE
DORAL                    FL    33172
Primary: (000) 000-0000    Alt:            Fax:            Location Code:

Email:

### Contact Information
First Name: TEDEL            Last Name: CHINYOU
Address: 1500 NE 102 ST
NORTH MIAMI BEACH        FL    33162
Primary: (786) 529-0090    Alt:            Fax:            Location Code:
Best:                    Contact Type:
Email:

### Loss Information
Loss Date: 9/10/2017    Time:            Livable:    Y
Cause of Loss: WIND DAMAGE        Own/Rent Location: Rent Location
Authority: NOT CONTACTED
Case Number:                Probable amount of entire loss: $0.00
Escalated:    To Who:
Claim #: 2RJ00239

Caller Insists: N

### Loss Description
BUILDING DAMAGE, PRODUCE SPOILAGE, MACHINERY CONTAMINATION, LOSS OF BUSINESS THIS IS DUE TO HURRICANE IRMA

### Loss Location
Address: 1665 NW 102 AVE
DORAL            FL    33172    County: MIAMI-DADE
Primary: (000) 000-0000    Alt:        Fax:        Location Code:

### Insured Injury #1
First Name: NONE        Last Name: NONE
Address:

Primary:        Alt:        Fax:
Relationship:        Injured:    Gender:    Date of Birth:

Date Reported: 9/21/2017    Time Reported (EST): 1:32:07 PM    Loss Information Taken By: ACOLBY

**CCC 000010**

| Policy #: R509970076 | CNA COMMERCIAL | Page 1/1 |
|---|---|---|
| Loss Date: 9/10/2017   Time: | **Property Loss Notice** | Rollover: 9/21/2017 |
| Name: INSURANCE LITIGATION GROUP | *HURRICANE* | Ref#: 18732012 |
| Branch: | | |

**Additional Comments**

NA

## System Notes

| Notes | Date/Time |
|---|---|
| Cat Code:1744 | 09/21/2017 1:37:41 PM |
| Escalation Off per loss date too old. | 09/21/2017 1:37:41 PM |

| Date Reported: 9/21/2017   Time Reported (EST): 1:32:07 PM   Loss Information Taken By: ACOLBY | **CCC 000011** |
|---|---|