IN THE UNITED STATES DISTRICT COURT FOR4 THE SOUTHERN
DISTRICT COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.: 20-20812-CIV-WILLIAMS

TERRA'S GARDEN LLC,
    *Plaintiff,*

vs.

CONTINENTAL CASUALTY COMPANY,
    *Defendant.*
_____/

## NOTICE OF FILING

Plaintiff, Terra's Garden LLC, by and through undersigned counsel, give(s) notice of filing the following documents: Plaintiff's Renewed Motion to Dismiss without Prejudice [D.E. 58]

## CERTIFICATE OF SERVICE

Plaintiff, Terra's Garden, LLC by and through undersigned counsel, give(s) notice of filing the following documents: Plaintiff's Renewed Motion to Dismiss without Prejudice.

Respectfully submitted,

INSURANCE LITIGATION GROUP, P.A.
<u>Attorney for</u>     <u>Plaintiff</u>
1500 NE 162nd Street
Miami, Florida 33162
Telephone:  (786) 529-0090

        Facsimile:   (866) 239-9520
        E-Mail: service@ilgpa.com

    By:   /s/ Jana A. Rauf,
          JANA A. RAUF, ESQ.
          FL Bar No. 79060

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2020. I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.  I certify that the foregoing document is being served this day on all counsel of record identified on the below Service List, by Notices of Electronic Filing generated by CM/ECF.

## SERVICE LIST

Morris D. Pataky, Esq., CNA COVERAGE LITIGATION GROUP, morris.pataky@cna.com  donna.matesa@cna.com

Jana A. Rauf, Esq. jana@ilgpa.com  service@ilgpa.com