UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20812-CV-WILLIAMS/TORRES

TERRA'S GARDEN, LLC,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

_____/

### REPORT AND RECOMMENDATION
### ON PLAINTIFF'S MOTION TO DISMISS

This matter is before the Court on Terra's Garden LLC's ("Plaintiff") renewed motion to dismiss without prejudice. [D.E. 58].[1] In its response to the motion, Continental Casualty Company ("Defendant") does not oppose the motion but asks the Court to place certain conditions on Plaintiff's eventual refiling of the suit [D.E. 67], and Plaintiff agrees to most of these conditions in its reply [D.E. 68]. We therefore recommend that Plaintiff's motion to dismiss be **GRANTED without prejudice** subject to the conditions the parties have agreed upon and further conditioned upon any refiling of the suit being in this District and subject to Federal Rule of Civil Procedure 41(d)(1)-(2).

---

[1] The Honorable Kathleen M. Williams referred the motion to the Undersigned Magistrate for disposition on November 19, 2020. [D.E. 64].

Pursuant to Local Magistrate Rule 4(b), the parties have ***five (5)*** days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge. Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report *and* shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report. *See* 28 U.S.C. § 636(b)(1); 11th Cir. Rule 3-1; *see, e.g., Patton v. Rowell,* 2017 WL 443634 (11th Cir. Feb. 2, 2017); *Cooley v. Comm'r of Soc. Sec.,* 2016 WL 7321208 (11th Cir. Dec. 16, 2016).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 8th day of December, 2020.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge