UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20812-CIV-WILLIAMS

TERRA'S GARDEN, LLC,
a Florida Limited Liability Company,

   Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
a foreign corporation,

   Defendant.

## DECLARATION OF MORRIS D. PATAKY

Morris D. Pataky, an attorney duly licensed to practice law before the courts of the the State of Florida, pursuant to 28 U.S.C. §1746 declares as follows:

 1. I am an attorney with the CNA Coverage Litigation Group, counsel for Defendant, Continental Casualty Company ("Continental"). I am the attorney responsible for the handling of the above-referenced matter on behalf of Continental. As such, I am fully familiar with the facts and circumstances of this matter.

 2. I submit this Declaration in support of Continental's Motion for Summary Judgment.

 3. On or about September 30, 2020, Plaintiff responded to written discovery requests that Continental had served. Those discovery requests included Requests for Admission, Interrogatories and Requests for Production of Documents. *See* D.E. 44-2, 44-3, 44-4.

 4. Plaintiff also produced some documents on September 30, 2020. Included with Plaintiff's document production was a document purporting to be a June 11, 2018 letter authored

# EXHIBIT A

by a Maurice Attias, Director of International Sales for A.F.C. A true and correct copy of the document that Plaintiff produced is attached to this Declaration as Exhibit 1.

5. Plaintiff did not include a copy of the March 20, 2018 letter attached as Exhibit A to the Fridmann affidavit in its document production.

6. Upon information and belief, A.F.C. (Advanced France Composants) is a computer peripheral equipment supplier. *See* Print out of Bloomberg Company Profile for A.F.C., https://www.bloomberg.com/profile/company/4643913Z:FP, captured on December 9, 2020, attached as Exhibit 2.

7. As recently as today, December 9, 2020, A.F.C.'s website identifies Simon Fridmann as its Chairman and CEO. *See* Print out of A.F.C. webpage, https://www.afc-informatique.fr/, captured on December 9, 2020, attached as Exhibit 3, at p. 2.

Executed on this 9th day of December 2020.

_____
Morris D. Pataky

# EXHIBIT A

# EXHIBIT 1



TERRAS GARDEN
F.A.O. : Pedro Langa

Paris, June 11 - 2018

Dear Pedro,

Despite our willingness to help you in any shape or form, it's technically impossible to repair the equipment that got damaged by the Hurricane. Let me layout a few of the reasons and I'm sure you will understand, besides the fact that it also makes no sense economically, it will easily cost double the cost of new machinery and we could not guarantee the reliability or the proper functioning of the machines.

- The stainless steel has lost it's protective layer due to the acidy rains. That's why it was rusting so much. It's no longer food safe.
- All the welding have to be removed and the metal has to be sent to a chemical company to "clean" and then "electrolyze" a new layer on the stainless steel, so it can be food safe
- All the pipes have to be removed changed as they're also rusted inside.
- All ball bearings have to be removed and changed with new ones as there are no possible repair. [some of the ball bearings are 1000 mm diameter, they cost $35 K each. Each centrifuge set has 4 of them. To remove them, the machine has to be stripped and then it requires a special machine. They have never attempted that and neither did their contractor. Then with an industrial press they have to install the new one. If the metal has any imperfection because of rust or such, it will not fit, or if it does and it's even a millimeter lose, the machine will never function properly and become a serious hazard.]
- All the shafts and hydraulic parts have to be changed and cannot be repaired.
- At this point, the motors need to be changed as well as the electronic, which is much more cost effective.
- Regarding the Multi-Weighers, these machines are laser cut and laser welded by robots. Any variation of welding will affect the capacity to scale. So, these machines cannot be repaired and they the most critical in your process. Without proper weighing, it will affect the relevance of all your process machines.
- The baggers also cannot be repaired. There are so many precision parts that any variation would affect its capacity to make bags. Even if it was possible to remove all the automation and electronic and replace it by new one, all that would be saved is the frame, but we'll have to charge you the labor for the removal and the replacement of parts. It will cost you double the price of a new one, which we guarantee will perform as supposed to be.
- Lastly, after all this expense and time, we will not be able to provide any warranty on the machines, as we are sure many will work imperfectly.

Counting on your understanding

Maurice Attias

Director of International Sales

# EXHIBIT 2

# Built for Change Perspectives
How the Pandemic Affects Business Transformations

READ THE REPORT

Menu  Search  **Bloomberg**  Sign In  **Subscribe**

**Quick Links**  Stocks  Currencies  Commodities  Rates & Bonds  Sectors  Watchlist

RECENTLY VIEWED COMPANIES

## Advanced France Composants SA

Advanced France Composants distributes office products. The Company offers printers, scanners, laptops, computers, screens, video projectors, keyboards, mice, trackballs, webcams, network cards, hubs, switches, wifi, bluetooth, routers, modems, drives, recorders, and other related products. Advanced France Composants serves clients in France.

| SECTOR | INDUSTRY | SUB-INDUSTRY | FOUNDED | ADDRESS | PHONE | WEBSITE |
|---|---|---|---|---|---|---|
| Technology | Tech Hardware & Semiconductors | Technology Hardware | 05/23/1990 | 32 Rue Planchat Paris, 75020 France | 33-1-44-93-10-50 | www.afc-informatique.fr |

NO. OF EMPLOYEES
--

# EXHIBIT 3



Presentation    Trades    Structure    E-procurement    WEEE    Join us    Contacts



# 30 years of IT distribution

A stable and small shareholder base in order to better control growth and strategic choices.

"The IT world has been experiencing profound changes for several years now.
In addition to this, you need to know more about it.
Technological progress, new products, technical convergence and the continual appearance of new technologies are



Presentation   Trades   Structure   E-procurement   WEEE   Join us   Contacts

These changes and their consequences have the effect of radically modifying the profession of distributor beyond its simple function of marketing products.
In addition to this, you need to know more about it.
The New Distributor's obligation is to have a high-performance technical team able to solve all specific and general needs, and to constantly monitor any technological development.

All of these values require the constant involvement of this distributor in the mission of his new profession.

This desire to constantly respond to them forges our current and future convictions. "

Simon FRIDMANN
Chairman and CEO AFC



# DIVERSIFICATION

Originally based on the marketing of compatible integration components (memories, upgrades, etc.), AFC quickly extended its distribution potential to all products in the world of IT, telecommunications and display.

An activity divided into 5 main professions:

- Computer peripherals and accessories



Presentation    Trades    Structure    E-procurement    WEEE    Join us    Contacts

- Audiovisual and dynamic display
- Reconditioning and recycling

| Répartition | 2017 | 2018 | 2019 |
|---|---|---|---|
| Audiovisuel | 20% | 24% | 28% |
| Périphériques | 28% | 23% | 27% |
| Télécoms | 27% | 30% | 26% |
| Services | 14% | 16% | 9% |
| Reconditionnement | 11% | 7% | 10% |

MORE

# SERVICES

In order to expand its service and support offering for its clients, AFC acquired in 2015 the company Axeni, an IT recruitment and outsourcing firm.



Presentation    Trades    Structure    E-procurement    WEEE    Join us    Contacts

# ORGANIZATION

The structure put in place today by AFC is the same for all customers with a high demand for quantity and quality. It relies on a senior account manager (sales representative) specific to each client.

Negotiator, informant, experienced, he listens to the customer for everything related to pre-sales: offers, proposals, implementation of the project, its monitoring during the realization and organization of his deployment.

Il est assisté pour ses propositions et ses absences par une collaboratrice (Assistance commerciale). Cet interlocuteur privilégié travaille également avec un binôme qui est organisé de la même manière et qui possède aussi une assistante, soit au moins 4 interlocuteurs au service commercial.

Son rôle lors de l'obtention d'affaires est de planifier avec le service des approvisionnements, des marchés ou des achats, le bon déroulement des commandes, les accords mis en place (cotations sur volume, personnalisation des colis, établissement de bons de livraison conformes à la demande du client, étiquetage spécial, conformité des documents à remettre ou retirer, etc. …) et évidemment l'application des accords financiers.



Presentation   Trades   Structure   E-procurement   WEEE   Join us   Contacts

# E-PROCUREMENT

Dans le cadre de son évolution, AFC participe à plusieurs places de marchés et systèmes e-procurement and outsourcing, through various internal electronic catalogs.

The strategic importance of this new activity for Key Account clients has enabled AFC to acquire unquestionable experience for 15 years and to respond to any request.

Aware of the importance of setting up these electronic catalogs, AFC has strengthened its teams by creating a dedicated department , in order to implement the reactive means necessary for their success and amplify increased collaboration with each economic player in the market. and decision-makers, prescribers of our Key Account customers.



Presentation    Trades    Structure    E-procurement    WEEE    Join us    Contacts

## MORE

## MORE INFORMATIONS ?

Do not hesitate to contact us or meet us.

**CONTACT US**

## JOIN US ?

Do not hesitate to contact us or meet us.

**JOIN US**

Recherchez

AFC

32 rue Planchat

75020 PARIS

01 44 93 10 50



Presentation    Trades    Structure    E-procurement    WEEE    Join us    Contacts

Top of page