UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20812-CIV-WILLIAMS

TERRA'S GARDEN, LLC,

    Plaintiff,

vs.

CONTINENTAL CASUALTY CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation ("Report") (DE 69) on Plaintiff's motion for voluntary dismissal (DE 58). In the Report, Judge Torres recommends that Plaintiff's motion (DE 58) be granted without prejudice, subject to the Parties' agreed-upon conditions for the later refiling of the suit. (DE 69). On December 15, 2020, the Parties filed a joint notice informing the Court that "neither party had an objection to the Report and Recommendation of Magistrate Judge Edwin Torres," and requested that the Court "enter an Order abating all deadlines and dismissing the matter following the terms and conditions set forth in the report." (DE 72). Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 69) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for voluntary dismissal (DE 58) is **GRANTED**.

3. This action is **DISMISSED WITHOUT PREJUDICE** subject to the Parties' agreed-upon conditions for the later refiling of the suit.

4. All pending motions are **DENIED AS MOOT**.

5. All outstanding deadlines are **CANCELLED**.

6. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE